**JS–6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FARSHAD KASHANI

         Plaintiff(s),

   v.

CITY OF BEVERLY HILLS , et al.



         Defendant(s).

CASE NO:
2:25−cv−04376−FMO−AS


**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    Having been advised by counsel that the above-entitled action has been settled,

IT IS ORDERED that the above-captioned action is hereby dismissed without costs

and without prejudice to the right, upon good cause shown within <u>30 days</u>, to re-open the

action if settlement is not consummated. The court retains full jurisdiction

over this action and this Order shall not prejudice any party to this action. Failure

to re-open or seek an extension of time to re-open the action by the deadline

set forth above shall be deemed as consent by the parties to dismissal of the

action without prejudice. <u>See</u> Fed. R. Civ. P. 41(b); <u>Link v. Wabash R.R. Co.</u>,

370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated The 16th of January 2026

                        _____/s/_____
                         Fernando M. Olguin
                   United States District Judge